IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| | ) |
| Plaintiff, | ) 5 : 22 CR 104 |
| | ) |
| v. | ) CASE NO. _____ |
| | ) Title 18, United States Code, |
| KARL D. VARNER, | ) Sections 922(g)(1) and |
| | ) 924(c)(1)(A)(i); Title 21, United |
| Defendant. | ) States Code, Sections 841(a)(1) |
| | ) and (b)(1)(C) |

JUDGE GWIN

## COUNT 1
(Possession with the Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1.      On or about October 27, 2021, in the Northern District of Ohio, Eastern

Division, Defendant KARL D. VARNER did knowingly and intentionally possess with the

intent to distribute a mixture and substance containing a detectable amount of

Methamphetamine, a Schedule II, controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 2
(Possession with the Intent to Distribute Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2.      On or about October 27, 2021, in the Northern District of Ohio, Eastern

Division, Defendant KARL D. VARNER did knowingly and intentionally possess with the

intent to distribute a mixture and substance containing a detectable amount of Fentanyl, a

Schedule II, controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Possession of Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

3.      On or about October 27, 2021, in the Northern District of Ohio, Eastern Division, Defendant KARL D. VARNER did knowingly possess a firearm, specifically, a Smith and Wesson, SD9VE, 9mm caliber pistol, bearing serial number FZW9956, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, specifically Possession with the Intent to Distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II, controlled substance, and Possession with the Intent to Distribute a mixture and substance containing a detectable amount of Fentanyl, a Schedule II, controlled substance and in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as charged in Counts 1 and 2, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

4.      On or about October 27, 2021, in the Northern District of Ohio, Eastern Division, Defendant KARL D. VARNER, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, specifically, Attempted Murder and Felonious Assault with  Firearm Specifications, in Case Number CR-07-06-1902, in the Summit County, Ohio, Court of Common Pleas, on or about October 2, 2007,

2

and Domestic Violence, in Case Number CR-01-0254, in the Summit County, Ohio, Court of

Common Pleas, on or about October 2, 2007, did knowingly possess a firearm, specifically, a

Smith and Wesson, SD9VE, 9mm caliber pistol, bearing serial number FZW9956, and

ammunition, said firearm and ammunition having been shipped and transported in interstate

and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE

The Grand Jury further charges:

     5.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code,

Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States

Code, Section 2461(c), the allegations of Counts 1 through 4, inclusive, are incorporated

herein by reference. As a result of the foregoing offenses, Defendant KARL D. VARNER

shall forfeit to the United States any and all property constituting, or derived from, any

proceeds he obtained, directly or indirectly, as the result of the federal drug violations in

Counts 1 and 2; any and all of his property used or intended to be used, in any manner or

part, to commit or to facilitate the commission of the federal drug violations in Counts 1 and

2; and, any and all property (including firearms and ammunition) involved in or used in the

commission of the federal firearm violations in Counts 3 and 4, including, but not limited to,

the following:

     a.     a Smith and Wesson, SD9VE, 9mm caliber pistol, bearing serial number FZW9956, seized on October 27, 2021; and

     b.     Ammunition, seized on October 27, 2021.

                 A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-

Government Act of 2002.